UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES ALBERT REED, | ) | CASE NO.  5:25-cv-00228 |
| | ) | |
| Petitioner, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN MISTY MACKEY, | ) | **OPINION AND ORDER** |
| | ) | |
| Respondent. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge

Darrell A. Clay recommending that Charles Albert Reed's ("Petitioner") *pro se* petition for a

writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.  (Doc. 10.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file
> written objections to such proposed findings and recommendations as provided by
> rules of court.  A judge of the court shall make a de novo determination of those
> portions of the report or specified proposed findings or recommendations to which
> objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).

The failure to timely file written objections to a report and recommendation of a

magistrate judge constitutes a forfeiture of *de novo* review by the district court.  *Berkshire v.*

*Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140, 146-52, 106 S.

Ct. 466, 88 L. Ed. 2d 435 (1985) (upholding Sixth Circuit's waiver/forfeiture rule as within its

supervisory powers and consistent with 28 U.S.C. § 636(b)(1)(C)).

The R&R was issued on November 17, 2025.  (Doc. 10.)  The R&R plainly stated the

consequences for failing to timely submit objections.  (*Id.*)  The docket reflects the R&R was

mailed to Petitioner at his address of record, that being the Lake Erie Correctional Institution, the

same day.  As of the date of this Opinion and Order, the R&R has not been returned as undeliverable.  The Ohio Department of Rehabilitation & Correction's public website indicates Petitioner remains incarcerated at Lake Erie Correctional Institution.  The Court finds that the time for filing objections has passed with Petitioner stating no objection to the R&R.  *See Peoples v. Hoover*, 377 F. App'x 461, 463 (6th Cir. 2010) (recognizing courts have enforced the rule requiring objection to a magistrate report regularly against *pro se* litigants).

The Court has reviewed the R&R.  For the reasons stated therein, the Court ACCEPTS and ADOPTS the R&R in its entirety.  Accordingly, Charles Albert Reed's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.  The Court further certifies that there is no basis on which to issue a certificate of appealability.  28 U.S.C. § 2253; Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

Date:   March 9, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE